**Order filed February 10, 2015**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00771-CV

—————————

## HARRIS COUNTY, TEXAS, Appellant

## V.

## GERALD GAMBICHLER, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2011-68385**

## O R D E R

Appellant's brief was due January 28, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 12, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM